No. 91–1737.  SHISEIDO COSMETICS (AMERICA) LTD. *v.* FRANCHISE TAX BOARD OF CALIFORNIA.  Ct. App. Cal., 3d App. Dist.

1206

Certiorari denied.